JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>CUSTOM SPRAY SYSTEMS, INC., ET AL.,<br><br>    Defendant(s). | CASE NO. 2:21-cv-09976-RGK-Ex<br><br>**ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

In light of the Notice of Bankruptcy Stay with Respect to Defendant Custom Spray Systems, Inc. [58], regarding the April 18, 2023 Chapter 11 Bankruptcy filed by remaining defendant Custom Spray Systems, Inc., the Court hereby ORDERS this matter removed from the Court's active caseload pending the outcome of bankruptcy proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

All pending dates and hearings are vacated and taken off-calendar.

**IT IS SO ORDERED.**

DATED: January 18, 2023

_____
**R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE**